# UNITED STATES DISTRICT COURT
## UNITED STATES COURTHOUSE
### 3 I 2 NORTH SPRING STREET
### LOS ANGELES, CALIFORNIA 900 I 2

CHAMBERS OF
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

August 7, 2006

TELEPHONE
(2 I 3) 894-855 I

**VIA TELECOPIER:  (202) 502-1899**

Hon. Ortrie D. Smith, Chair
Judicial Conference Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:     **2005 Financial Disclosure Report**

Dear Judge Smith:

      I write in response to your letter of July 31, 2006.  With regard to Part III B., line 1 of my 2005 Financial Disclosure Report, my husband's income as "attorney-partnership" comes from the law firm of Susman Godfrey, LLP.

Sincerely,

Christina A. Snyder

CAS:rb

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Snyder, Christina A | 2. Court or Organization  Central District of California | 3. Date of Report  06/27/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge --Active | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☒ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  United States Courthouse 312 N. Spring Street Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED JUL 5 3 31 PM '06 FINANCIAL DISCLOSURE OFFICE

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Snyder, Christina A | | 06/27/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Attorney - Partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Downey Saving & Loan | ▬▬▬▬▬▬▬ | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GENTER ADVISORS (SCHWAB)DFA IRA ACCT | E | Dividend | P1 | T | | | | | |
| 2. -DFA US Large Company Fund | | | | | Partial Buy | 2/17 | J | | |
| 3. | | | | | Partial Buy | 3/01 | L | | |
| 4. | | | | | Partial Buy | 4/18 | M | | |
| 5. | | | | | Partial Buy | 4/26 | K | | |
| 6. -DFA US Large Cap Value Fund | | | | | Partial Sale | 2/25 | L | E | |
| 7. | | | | | Partial Buy | 4/20 | K | | |
| 8. -DFA US Small Cap Fund | | | | | Partial Buy | 4/18 | L | | |
| 9. | | | | | Partial Buy | 4/26 | J | | |
| 10. -DFA Small Cap Value Fund | | | | | Partial Sale | 3/11 | K | D | |
| 11. | | | | | Partial Buy | 4/18 | K | | |
| 12. | | | | | Partial Buy | 4/27 | J | | |
| 13. -DFA Large Cap In'tl Fund | | | | | Partial Buy | 4/18 | K | | |
| 14. | | | | | Partial Buy | 4/26 | J | | |
| 15. | | | | | Partial Buy | 4/27 | J | | |
| 16. -DFA Int'l Value | | | | | Buy Buy | 3/11 | K | | |
| 17. | | | | | Partial Buy | 4/20 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GNMA Pass Thru | A | None | J | T | | | | | |
| 19. BEAR STEARNS IRA R/O ACCOUNT | D | Dividend | M | T | | | | | |
| 20. -Coca Cola Common Stock* | | | | | Sold All | 4/13 | K | F | |
| 21. -McDonalds Corp. Common Stock* | | | | | Sold All | 4/13 | K | F | |
| 22. -American Express* | | | | | Sold All | 4/13 | K | E | |
| 23. -Coca Cola Enterprises* | | | | | Sold All | 4/13 | K | D | |
| 24. -General Electric Co.* | | | | | Sold All | 4/13 | K | F | |
| 25. -GNMA Pass Thru | | | | | Transferred* | 4/13 | J | | |
| 26. -GNMA Pass Thru | | | | | Matured | 12/15 | J | A | |
| 27. -Munder NetNet Fund Cl B* | | | | | Sold All | 4/13 | K | E | |
| 28. WELLS FARGO IRA ASSET ALLOC FD-A** | C | Dividend | L | T | Sold All | 4/21 | L | F | |
| 29. BANK OF AMERICA ACCOUNTS (MM&CHNG) | A | Interest | K | T | | | | | |
| 30. CHRISTOPHER WEIL & CO. BEAR STEARNS IRA ACCOUNT | D | Dividend | M | T | | | | | |
| 31. -ING Funds - Formerly Pilgrim Mayflower | | | | | | | | | |
| 32. -Frank Russell Emerging Markets Fund | | | | | | | | | |
| 33. -Frank Russell Special Growth Fund | | | | | | | | | |
| 34. -Frank Russell Real Estate Securities | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Frank Russell Quantitative Equity Fund | | | | | | | | | |
| 36. -Frank Russell Diversified Equity Fund | | | | | | | | | |
| 37. -Dodge & Cox Stock Fund | | | | | | | | | |
| 38. -Frank Russell Int'l Securities Fd Cl S | | | | | | | | | |
| 39. TRUST #1 SCHWAB ACCT | G | Interest | P2 | T | | | | | |
| 40. -Schwab CA Muni Money Fund (core Money Market) | | | | | | | | | |
| 41. -Met Wtr Dist Co. CA Rev | | | | | | | | | |
| 42. -Met Wtr Dis Rev P/R | | | | | | | | | |
| 43. -Turlock CA IRR Rev | | | | | | | | | |
| 44. -Fresno CA USD GO | | | | | | | | | |
| 45. -Redwood City CA ESD GO | | | | | | | | | |
| 46. -CA State GO 6.250% 09/01/12 | | | | | | | | | |
| 47. -San Diego County CA COP 6.250% 08/01/04 | | | | | | | | | |
| 48. -Imperial IRR CA COP P/R | | | | | | | | | |
| 49. -CA Ed Facs Au Rev Stanford | | | | | | | | | |
| 50. -San Mateo CO CA St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 51. -San Fran CA GO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -CA St Pub Wks P/R | | | | | | | | | |
| 53. ABC USD 4.5% 02/01/15 | | | | | Sold All | 7/20 | M | A | |
| 54. -Riverside CO CA Sla TX 6.0% 06/01/08 | | | | | | | | | |
| 55. -Sacramento CA Sani Dist 5.75% 12/01/06 | | | | | | | | | |
| 56. -Chaffey HSD 5.25% 08/01/09 | | | | | | | | | |
| 57. -San Mateo Co CA St Tax Rev 5.25% 06/01/12 | | | | | | | | | |
| 58. -CA ST GO 5.375% 04/01/14 | | | | | | | | | |
| 59. -CA ST GO 5.00% 2/01/08 | | | | | | | | | |
| 60. -Vallejo CA USD GO 5.9% 2/1/17 | | | | | Partial Buy | 10/26 | K | | |
| 61. -CA Water Res Pwr Rv 5.25% 5/1/07 | | | | | | | | | |
| 62. -CA Dept Trans Rv 5.0% 2/1/15 | | | | | | | | | |
| 63. -CA Econ Rec GO & RV 4.5% 1/1/07 | | | | | | | | | |
| 64. -San Diego CO CA Wtr Auth 5.25% 5/1/07 COP | | | | | | | | | |
| 65. -Sacramento CA Mud Elec Rv 5.0% 8/15/08 | | | | | | | | | |
| 66. -Univ CA RV 4.0% 5/15/07 | | | | | | | | | |
| 67. -CA Dept Wtr Res Rv 5.5% 12/1/09 | | | | | | | | | |
| 68. -CA Wtr Res Central Valley 5.5% 12/1/09 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -CA Wtr REs Central Valley 5.5% 12/1/08 | | | | | | | | | |
| 70. -Contra Costa CA Transp Sl Tx 6.0% 3/1/06 | | | | | | | | | |
| 71. -Contra Costa CA Wtr Au RV 5.0% 10/1/16 | | | | | | | | | |
| 72. -Foothill Eastern Corr Agy CA ETM 6.5% 1/1/07 | | | | | Partial Buy | 3/23 | M | | |
| 73. CA ST GO 5.25% 10/01/2009 | | | | | Buy | 6/3 | M | | |
| 74. -Southwestern Cmty Coll Dist 5.625% 08/01/2011/16 | | | | | Buy | 6/6 | N | | |
| 75. -CA ST GO 5.75% 03/01/2010/27 | | | | | Buy | 6/8 | M | | |
| 76. -Los Angeles CA GO (MBIA) 5.25% 09-01-2014 | | | | | Buy | 6/9 | M | | |
| 77. -Pajaro Valley CA USD GO5.25% 08/01/2016 | | | | | Buy | 6/9 | N | | |
| 78. -San Diego CO CA Sls Tax Rev 4.75% 04/01/2008 | | | | | Buy | 06/14 | M | | |
| 79. - LA CO CA Met Trans Sls Tax 5.00% 07-01-2012 | | | | | Buy | 06/13 | M | | |
| 80. -Los Angeles CA USD GO 5.375% 07-01-2008/16 | | | | | Buy | 7/11 | M | | |
| 81. -Southwestern Cmty Coll Dist CA GO 5.25% 08-01-2017 | | | | | Buy | 7/20 | M | | |
| 82. -Foothill Eastern Corr Agy 7.05% 01/01/2010 | | | | | Buy | 6/6 | N | | |
| 83. | | | | | Partial Sale | 7/15 | K | A | |
| 84. -Los Angeles CA GO 5.25% 09-01-2014 | | | | | Buy | 11/14 | L | | |
| 85. -Foothill Eastern Coor Agy 7.10% 01-01-10/12 | | | | | Buy | 3/23 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | I =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PUTNAM HARTFORD IRA■ | | None | O | T | | | | | |
| 87. -Voyager | | | | | | | | | |
| 88. -Growth & Income | | | | | | | | | |
| 89. -New Opportunity | | | | | | | | | |
| 90. -Int'l Equity | | | | | | | | | |
| 91. BANK OF AMERICA TRUST ACCOUNT■ | E | Dividend | P1 | T | | | | | |
| 92. -Nations CA Reserves (Core Money Market) | | | | | Sold All | 12/01 | J | A | |
| 93. -Columbia CA Tax Expt Reserve Fund | . | | | | Buy | 12/01 | J | | |
| 94. -Nations Large Cap Index Inv A | | | | | Partial Sale | 12/28 | L | A | |
| 95. -Putnam Capital Apprec Cl A | | | | | | | | | |
| 96. -Putnam Classic Equity Class A | | | | | | | | | |
| 97. -Putnam Health Sciences Class A | | | | | | | | | |
| 98. -Putnam Int'l Equity Class A | | | | | | | | | |
| 99. -Putnam New Opportunities Cl A | | | | | | | | | |
| 100. -Putnam New Value Class A | | | | | | | | | |
| 101. -Putnam Voyager Class A | | | | | | | | | |
| 102. SCHWABPLAN 401K | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Value Advantage Fund | | | | | Sold All | 4/01 | M | A | |
| 104. SCHWAB 401K ACCOUNT | | None | M | T | | | | | |
| 105. -Schwab Money Market (Core Money MArket Fund) | | | | | | | | | |
| 106. -DFA US Large Company Fund | | | | | Buy | 4/05 | L | | |
| 107. -DFA US Small Cap Fund | | | | | Buy | 4/05 | K | | |
| 108. -DFA Int'l Value Fund | | | | | Buy | 4/05 | K | | |
| 109. -DFA Small Cap Value Fund | | | | | Buy | 4/07 | K | | |
| 110. -DFA US Large Cap Value Fund | | | | | Buy | 4/07 | K | | |
| 111. GENTER ADVISORS (SCHWAB) TRUST ACCOUNT | F | Dividend | P2 | T | | | | | |
| 112. -DFA US Large Company Fd | | | | | Partial Buy | 3/01 | N | | |
| 113. | | | | | Partial Buy | 5/25 | P1 | | |
| 114. -DFA US Large Cap Value Fd | | | | | Partial Sale | 2/25 | N | G | |
| 115. | | | | | Partial Buy | 5/27 | M | | |
| 116. -DFA US Small Cap Fd | | | | | Partial Buy | 5/25 | N | | |
| 117. | | | | | Partial Buy | 5/25 | M | | |
| 118. -DFA US Small Cap Value | | | | | Partial Sale | 3/11 | M | G | |
| 119. | | | | | Partial Buy | 5/27 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -DFA Large Cap Int'l Fd | | | | | Partial Buy | 3/08 | J | | |
| 121. | | | | | Partial Buy | 5/25 | M | | |
| 122. | | | | | Partial Buy | 6/08 | J | | |
| 123. | | | | | Partial Buy | 9/08 | J | | |
| 124. -DFA Int'l Value | | | | | Partial Buy | 3/11 | L | | |
| 125. | | | | | Partial Buy | 5/27 | N | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

\*\*\* Item #25 - Asset transferred in Kind from Bear Stearns to Genter Advisors (Schwab) DFA IRA Account.
        Details on asset appear on line #18.

\*Items 20,21,22,23,24 & 27 were sold on 4/13/05. Values reported for gain/loss are estmates as all issues were purchased at various times in the early 80's and cost basis in no longer available.

\*\*Item 28, entire issue sold on 4/21/05. Values reported for gain/loss are estimates as original cost basis is no longer available.

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A | 06/27/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____ 6/28/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app..§ 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544